IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOEL VARGAS | § | |
| VS. | § | CIVIL ACTION NO. 1:23-cv-113 |
| UNITED STATES OF AMERICA | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Joel Vargas, proceeding *pro se*, filed this Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. The above-styled matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Movant was convicted of interstate transportation of stolen property, conspiracy to transport stolen property in interstate commerce and tampering with a witness, victim or informant. *United States v. Vargas*, No. 1:18cr7(3) (E.D. Tex. Jan. 10, 2020). Movant previously filed a Motion to Vacate, Set Aside or Correct Sentence challenging the same convictions. *Vargas v. United States*, No. 1:22cv193 (E.D. Tex.). As the prior Motion to Vacate remains pending before this court, the current Motion to Vacate should be dismissed without prejudice as repetitious.

Recommendation

This Motion to Vacate, Set Aside or Correct Sentence should be dismissed without prejudice as repetitious.

Objections

Objections must be (1) specific, (2) in writing, and (3) served and filed within 14 days after being served with a copy of this report. 28 U.S.C. § 636(b)(1).

Failure to file objections bars a party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual

findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n.*, 79 F.3d 1415, 1429 (5th Cir. 1996) (*en banc*).

   **SIGNED this the 13th day of April, 2023.**

              */s/ Christine L Stetson*
              _____
              Christine L Stetson
              UNITED STATES MAGISTRATE JUDGE